UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
___Alexandria_____ DIVISION

____FRANCE.COM_____

      vs.                                         Civil/Criminal Action No._____
____THE FRENCH REPUBLIC, et al._____

## FINANCIAL INTEREST DISCLOSURE STATEMENT

     Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

     Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

     Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____FRANCE.COM_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__4/19/2018_____                        ____/s/ David Ludwig_____
Date                                            Signature of Attorney or Litigant
                                                 Counsel for __FRANCE.COM_____