IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FRANCE.COM, INC., a California corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00460-LO-IDD |
| ) | |
| THE FRENCH REPUBLIC, ATOUT FRANCE, ) | |
| THE MINISTRY FOR EUROPE AND ) | |
| FOREIGN AFFAIRS, JEAN-YVES LE ) | |
| DRIAN, in his official capacity as the French ) | |
| Republic's Minister for Europe and Foreign ) | |
| Affairs, <france.com>, a domain name, and ) | |
| VERISIGN, INC., ) | |
| ) | |
| Defendants. | |

## STIPULATION OF DISMISSAL AS TO VERISIGN, INC.

The Plaintiff France.com, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily stipulate to the dismissal of this action as to Defendant VeriSign, Inc. only, and not as to any other party herein.

IT IS SO ORDERED this 9th day of May, 2018, at Alexandria, Virginia.

_____
Liam O'Grady
United States District Judge

**SO STIPULATED:**

_/s/ David Ludwig_
David Ludwig (VSB No. 73157)
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street SE
Leesburg, VA 20175
(703) 777-7319 (telephone)
(703) 777-3656 (facsimile)
dludwig@dbllawyers.com

Eve J. Brown
BRICOLAGE LAW, LLC
128 School Street
Walpole, Massachusetts 02081
(617) 671-5044 (telephone)
ejbrown@bricolagelaw.com

ATTORNEYS FOR FRANCE.COM

_/s/ Timothy B. Hyland_
Timothy B. Hyland (VSB No. 31163)
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3566 (telephone)
(703) 935-0349 (facsimile)
thyland@hylandpllc.com

ATTORNEY FOR VERISIGN, INC.