

**DUNLAP
BENNETT&
LUDWIG**

211 Church Street SE
Leesburg, VA 20175
Phone: (703) 777-7319
Fax: (703) 777-3656
www.dbllawyers.com

May 4, 2018



**VIA FIRST CLASS MAIL**
Clerk of Court
United States Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:    *France.com, Inc. v. The French Republic, et al., United States District Court for the
Eastern District of Virginia, Alexandria Division, Civil Action No. 1:18-cv-460*

Dear Clerk:

Please find enclosed for consideration an original, signed Proposed Stipulation of Dismissal
as to Verisign, Inc. in the subject-referenced case. If the Court finds the Proposed Stipulation
acceptable, please respectfully endorse and allow for entry to the docket.

We greatly appreciate your assistance with this. Please feel free to contact us if you have
any questions.

Best regards,

Katie DeMoss, Paralegal for the firm
DUNLAP BENNETT & LUDWIG, PLLC

DL/kd
Enclosures:    Proposed Stipulation of Dismissal as to Verisign, Inc.
Cc:            Timothy B. Hyland (by mail and email)