United States District Court
For the Eastern District of Virginia
Alexandria Division


France.com, Inc.

    Plaintiff

v().                                        Case No:  1:18cv460

The French Republic, et al.

    Defendants


## CERTIFICATE OF SHIPPING

    I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, do hereby certify that on the 14th day of August, 2018, I shipped via Federal Express , 2 summons issued  on 6/22/18 as to defendant The French Republic together with complaint (Exhibit A); Letter from Ministere De La Justice (Exhibit B); The French translation of the Complaint and Summons (Exhibit C) by providing said documents to  Federal Express in an envelope addressed to :

M. Jean-Yves Le Drian
Ministre des Affaires etrangeres
Cabinet du ministre des Affaires etrangeres 3 7, Quai d'Orsay
75007 PARIS
FRANCE

    IN TESTIMONY HEREOF, I hereunto set my hand and affix the seal of this court, at Alexandria, VA, this 14th day of August, 2018.


                                            FERNANDO GALINDO

                    By: _____/s/_____
                              Kathy Lau
                              Deputy Clerk