

**United States Department of State**

*Washington, D.C. 20520*

April 2, 2019

Fernando Galindo, Clerk of Court
United States Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314



RECEIVED MAILROOM

AP -4

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Re: France.com, INC. v. French Republic, 1:18-cv-00460-LO-IDD**

Dear Mr. Galindo:

    I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the French Republic pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

    The United States Embassy in Paris, France transmitted these documents to the Ministry of Foreign Affairs of the French Republic under cover of diplomatic note No. 2019/56, dated and delivered on March 5, 2019. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs



*Embassy of the United States of America*

**American Citizens Services**
2, avenue Gabriel
75382 Paris Cedex 08

     I, Laura L. BIEDEBACH, Consul in Paris, France, certify that this is a true copy of the Embassy of the United States of America diplomatic note number 2019/56 dated 5 March 2019 and delivered to the Ministry of Foreign Affairs of France on 5 March 2019.



MAR 0 6 2019

Laura L. BIEDEBACH
Consul

2019/56

The Embassy of the United States of America presents its compliments to the Ministry of Europe and of Foreign Affairs and has the honor to refer the Ministry of Foreign Affairs of the French Republic to the lawsuit France.com, INC. v. French Republic, 1:18-cv-00460-LO-IDD which is pending in the U.S. District Court for the Eastern District of Virginia. The French Republic is a defendant in this case. The Embassy transmits a Summons and Complaint herewith. The U.S. District Court for the Eastern District of Virginia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the French Republic as contemplated in Title 28, United Stares Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Compliant or some other responsive pleading within 60 days of the date of the transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the

**DIPLOMATIC NOTE**

opportunity to present arguments or evidence on its behalf. Therefore, the Embassy request that the enclosed Summons and Complaints be forwarded to the appropriate authority of the French Republic with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Complaint the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy takes this opportunity to renew to the Ministry of Europe and of Foreign Affairs the assurances of its highest consideration.

Embassy of the United States of America 

Paris, March 5, 2019